UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SAUL CANTU | ) | |
| | ) | |
| v. | ) | No. 3:06-0059 |
| | ) | JUDGE CAMPBELL |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

ORDER

Pending before the Court is a Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, or Correct Sentence By A Person In Federal Custody (Docket No. 1), filed by the Movant/Petitioner (hereinafter "Petitioner"), pro se. Petitioner is now represented by counsel, Thomas J. Drake, Jr. The Government has filed a response in opposition to the Motion (Docket Nos. 15), and the Petitioner has filed a reply brief (Docket Nos. 17).

The Court held an evidentiary hearing in this case on November 6, 2006. For the reasons set forth in the accompanying Memorandum, Petitioner's Motion is DENIED, and this action is DISMISSED.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE